**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 25-CV-14356-MIDDLEBROOKS/Reinhart

STEPHEN SPILKER,

Petitioner,

v.

INDIAN RIVER MEMORIAL HOSPITAL
d/b/a CLEVELAND CLINIC INDIAN RIVER HOSPITAL,

Respondent.
_____________________________________________/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

THIS CAUSE comes before the Court on Magistrate Judge Bruce E. Reinhart's Report and Recommendation (DE 139) ("Report"), recommending that Defendant Cleveland Clinic's Motion for Summary Judgment (DE 98) be granted.

On April 10, 2023, Defendant hired Plaintiff, who rotated to different departments. (DE 94-6, 64, Spilker Dep. 164: 15-17). During his employment, Plaintiff applied for a number of other positions with Defendant for which he was not selected. (DE 139 at 6-9). Following several infractions involving the Defendant's electronic medical recordkeeping system, on February 11, 2025, Defendant completed its investigation into Plaintiff's behavior and recommended terminating his employment because Plaintiff had violated workplace policy by accessing medical records without a job-related reason to do so. (DE 94-12 at 3). And on February 14, 2025, Spilker was notified that his employment was terminated. (DE 94-12). Meanwhile, on February 12, 2025, Plaintiff filed a charge of discrimination with the Equal Employment Opportunity Commission and the Florida Commission on Human Relations. (DE 8 at ¶ 32, DE 86-1 at 3–5).

Plaintiff originally filed this lawsuit in the Circuit Court of the Nineteenth Judicial Country, in and for Indian River County, Florida on September 3, 2025 (DE 1-2) before Defendant removed the action to this Court on September 29, 2025 (DE 1). Plaintiff filed his Amended Complaint against the Defendant on October 16, 2026, alleging: (1) Race Discrimination under the Florida Civil Rights Act ("FCRA"); (2) Sex/Gender Discrimination under the FCRA; (3) Retaliation under the FCRA; (4) Race Discrimination under 42 U.S.C. § 1981; (5) Race Discrimination under Title VII; (6) Sex/Gender Discrimination under Title VII; and (7) Retaliation under Title VII. (DE 8).

Judge Reinhart's Report was entered on August 18, 2026, and recommends granting the Defendant's Motion for Summary Judgment (DE 98). (DE 139 at 22). Plaintiff filed objections to the Report on August 24, 2026. (DE 141). No response has yet been filed, but I do not find one to be necessary.

I have conducted a *de novo* review of the Report and the record as a whole, including Plaintiff's objections. I agree with Magistrate Judge Reinhart's conclusion that Plaintiff's discrimination claims fail to establish that he was qualified for any of the roles that he was not selected for, and he further fails to establish adequate comparators required to support a claim for discrimination. Likewise, Plaintiff's retaliation claims are insufficient because Defendant determined that Plaintiff violated workplace policy, and Plaintiff has not established that Defendant was aware of his EEOC and FCHR charges when Defendant terminated his employment, nor could it have given that the charge was filed after Defendant closed its investigation and recommended termination. Ultimately, the reasoning in the Report is accurate and thorough and will be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) Magistrate Judge Reinhart's Report and Recommendation (DE 139) is hereby **ADOPTED**.

(2) Plaintiff's Objections to the Report (DE 141) are **OVERRULED.**

(3) Defendant's Motion for Summary Judgment (DE 98) is **GRANTED**.

(4) Final judgment will be entered separately.

**SIGNED** in Chambers in West Palm Beach, Florida, this 27th day of August, 2026.

Donald M. Middlebrooks
United States District Judge

cc.

Counsel of Record;

Stephen Spilker
2512 Manor Drive Apt, 1D
Fredericksburg, VA 22401
Email: stephenspilker@yahoo.com
PRO SE