**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 25-14356-CV-MIDDLEBROOKS

STEPHEN SPILKER,

Plaintiff,

v.

INDIAN RIVER MEMORIAL
HOSPITAL INC.,

Defendants.
______________________________________/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This removed case brought by a pro se litigant Stephen Spilker case has been subject to a standing referral order to Magistrate Judge Bruce E. Reinhart for all pretrial matters. (DE 75, 79). On August 27, 2026, I adopted Judge Reinhart's Report, which recommended granting Defendant's Motion for Summary Judgment. (DE 144). Final judgment issued on the same day, and this case is now closed. (DE 145).

This matter is now before the Court upon Defendant's Motion for Bill of Costs (DE 148). On September 15, 2026, Judge Reinhart entered a Report and Recommendation ("Report") (DE 154), recommending that the motion be granted in part and denied in part. Defendant filed its Notice of Non-Objection on September 16, 2026 (DE 155), and Plaintiff filed objections to the Report on October 13, 2026 (DE 158). No response to the objections has yet been filed, but I do not find a response to be necessary.

I have conducted a de novo review of the Report, the Plaintiff's Objections and the record as a whole. I find that Judge Reinhart's Report is well-reasoned, that his conclusions are correct,

and that the Court should tax costs pursuant to 28 U.S.C. § 1920. Accordingly, for the reasons explained in the Report, I will award Defendant costs in the amount of $2,505.

Therefore, it is **ORDERED** that:

1) Plaintiff's Objections (DE 158) to the Report are **OVERRULED**.

2) Judge Reinhart's Report (DE 154) is **ADOPTED**.

3) Defendant's Motion for Bill of Costs (DE 148) is **GRANTED IN PART** and **DENIED IN PART**, consistent with Judge Reinhart's findings and conclusions.

4) Plaintiff shall pay to the Defendant $2,505 in costs.

**SIGNED** in Chambers at West Palm Beach, Florida, this 15th day of October, 2026.

Donald M. Middlebrooks
United States District Judge

Copies to: Counsel of Record